USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 11/19/19

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

STEVEN MATZURA, *on behalf of himself and all other persons similarly situated*,

                Plaintiff,

-against-

RJS03, LLC,

                Defendant.

1:19-cv-08055 (ALC)

**ORDER**

---

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to this Court that this case has been or will be settled, it is hereby **ORDERED** that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

**SO ORDERED.**

Dated: November 19, 2019
      New York, New York

                                            **ANDREW L. CARTER, JR.**
                                            **United States District Judge**